THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MASON.— Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

CARRIER CORPORATION v. PICTO CORP. et al.— Concur — Breitel, J. P., Rabin, Stevens, Eager and Bastow, JJ.

ROBERT KRANTZ et al., v. LOUIS GARMISE.— Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

(A) STEPHEN K. RAPP v. WILLIAM J. RAPP. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ. (B) MANUEL GONZALEZ v. AARON ROSENBLATT et al. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.— [In each action] Motion for leave to reargue denied, with $10 costs.

ETHEL HOENIG v. HAROLD HOENIG.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.